# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| Russell C Koza Jr<br>_____<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Community Housing land Trust Inc<br>_____<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Case No. _____<br>) *(to be filled in by the Clerk's Office)*<br>)<br>)<br>)<br>)<br>)<br>)   FILED<br>)   2023 OCT 27 A 11:41<br>)   U.S. DISTRICT COURT<br>)   DISTRICT OF RHODE ISLAND<br>)<br>)<br>)<br>) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Russell C Koza Jr
   Street Address: 22 Branch St.
   City and County: Wakefield
   State and Zip Code: Rhode Island 02879
   Telephone Number: 401-486-5365
   E-mail Address: RandRDiving@live.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Community Housing Land Trust of RI Inc
- Job or Title (if known): Affordable Housing
- Street Address: 1070 Main St Pawtucket RI 02860
- City and County: Pawtucket
- State and Zip Code: Rhode Island, 02860
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Town of South Kingstown
- Job or Title (if known): Building Inspector
- Street Address: 180 High St
- City and County: Wakefield
- State and Zip Code: Rhode Island 02879
- Telephone Number: (401) 789-9331
- E-mail Address (if known):

Defendant No. 3
- Name: Town of South Kingstown
- Job or Title (if known): Police Dept.
- Street Address: 1790 Kingstown Rd
- City and County: South Kingstown
- State and Zip Code: RI, 02879
- Telephone Number: (401)-783-3321
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

OWNERSHIP of conveyed Real Estate / civil right possible violated by

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Russell C Korn Jr , is a citizen of the State of *(name)* Rhode Island .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation
The defendant, (name) **Community Housing land Trust of RI Inc.**, is incorporated under the laws of the State of (name) **Rhode Island**, and has its principal place of business in the State of (name) **Rhode Island**.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): **+ land, The value of home has increased in the almost 7 years while also being renovated to be habitable**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
**Washington County @ 4th district court a judgement was entered for the sum of @ $47,642 on Oct 3 2023 This was in fact very exorbitant, = at $470.00 per mth, The Representitive for the land Trust Testified to the fact Rent was $25.00 per mth** (see page (1) (15) Deed)

B.  What date and approximate time did the events giving rise to your claim(s) occur?
**Case 4CA-2023-00326
See 48 Hr. Notice
10/26/23   Time 12:30 PM**

Page (1)

US District Court
Complaint and Request for
Injunction

Part III Statement of Claim

My claim is I own "All that certain lot or parcel of land; together with the improvements thereon and appurtenances thereunto, It was noted that at the hearing on Oct 3 2023, Judge Patrick O'Neill observed that litereally no action was taken by the Land Trust for 5 years and the lack of due diligence on behalf of the Land The Land Trust then initiated a complaint with the town of South Kingstown Building Inspector, to find violations on the property (22 Branch St) which were then Remedied by myself And was noted by Jude Taft Carter

That I was in compliance (¿?) at Almost a year prior to Oct 3, 2023. Then there was an attempt to collect Back rent, at a ficticious amount in order to evict me from my own property as the parties were well aware of my health and financial issues. This Same tactic was used to basically cause me to lose my farm & other personal property Boats, Trucks & Heavy Equipment, In 2013 in which I had A Private sale and owner financing. In My opinion and documents I have Retained throughout the Past 20 years prove that my civil Rights and my abilitys to persue "hapiness and property" has been violated In the Town of South Kingstown.

BK L1631 PG772 #29
01-13-2017 @ 11:35a

Prepared By: Lori Salzillo
Please return to: Marinosci Law Group, P.C.
275 West Natick Road, Ste. 500
Warwick, RI 02886

Witness: South Kingstown Town Clerk

[signature]

**Special Warranty Deed**

THIS DEED, made this 8 day of Dec, 2016, by and between **Southern Specialty Properties, LLC**, of 3611 Braselton Highway, Ste 203, Dacula, GA 30019 hereinafter referred to as "Grantor", party of the first part; and **Russell C. Koza, Jr., Individually**, with a mailing address of 163 Oakwoods Drive, Wakefield, RI 02879, hereinafter referred to as "Grantee", party of the second part.

That for and in consideration of the sum **Thirty-Five Thousand and no/100 ($35,000.00)**, the consideration received therefore by the Grantor for the conveyance made hereby, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor, subject to the matters described herein, does hereby grant, bargain, sell and convey to the Grantee, and unto the Grantee's heirs and assigns forever, in fee simple, all that certain lot or parcel of land, together with the improvements thereon and appurtenances thereunto, as described below. Said property being situated in the Town of South Kingstown, having an address of 22 Branch Street and being more particularly described as follows, to-wit:

All that certain lot or parcel of land, situated in the Town of South Kingstown, County of Washington, State of Rhode Island, and being bounded and described as follows:

Being designated "LEASED PREMISES #22 Branch Street 7500 sq ft + or -" on that certain plan entitled "Action Community Land Trust 20-22 Branch Street S. Kingstown, RI dated February 1966 Rev. June 1966 Scale 1" = 30'" which plan is recorded in the land evidence records of the Town of South Kingstown in Book 643 at Page 113.

Said premises being a portion of Lot No.6 on the plat entitled, "Indian Run Plat, Plat of Land belonging to Rowland Hazard in South Kingstown, RI Scale 80 feet to the inch, Geo. T. Lamphear, Sur. June 1894". FOR A MORE MINUTE AND PARTICULAR DESCRIPTION of said Lot No 6 (of which the subject premises are a part only) reference is hereto made to the recorded plat of record which is recorded in the Town Clerk's records of the Town of South Kingstown, RI in Deed Book 34 at Page 477.

Said premises are a portion of Lot 216 on Town of South Kingstown Assessor's Plat 57-1 as presently constituted and are a portion of the premises conveyed to Action Community Land Trust by deed of Ronald F. Silk and Casandra M. Silk dated July 19, 1995 and recorded August 3, 1995 in the South Kingstown Land Evidence Records.

Being the same property conveyed to Deutsche Bank National Trust Company, as Trustee for Holders of the Harborview 2006-5 Trust by Foreclosure Deed dated October 28, 2015 and recorded on December 21, 2015 in Book L1596 at Page 77 in the Land Records of South Kingstown, Rhode Island.

Property Address: 22 Branch Street, South Kingstown (Wakefield), RI 02879
Parcel ID#: Plat 57-1 Lot 216-2

**Witness** the following Signatures and Seals,

**Southern Specialty Properties, LLC**

By: _____

Printed Name: _____

State of ~~Florida~~ GA
County of ~~Hillsborough~~ Gwinnett

I hereby certify that on this 8 day of 12 (Dec), 2016, before me, the undersigned officer, personally appeared __John Cole__ of **Southern Specialty Properties, LLC**, and being authorized to do so, and executed the foregoing instrument for the purposes therein contained, by signing the name of the Limited Liability Company by himself/herself as Authorized Signatory.

Notary Public: _____
My Commission Expires: 3/20

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See page 2)

My Girlfried of 3 yrs has witnessed Most of All the occurances as well As Harrasment and theft of 4 Blue-tic Hound Puppies valued at $2000.00 By Police and Dog Officer of S.K. Atty John Lynch Represented me. However I could not Afford

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages cannot compensate me if I am evicted. All of my documents and anything of value I could take is stored In my residence and in sheds that I was able to Retain after Losing my farm.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(see page 3)

I ask the court to please find in my favor to grant an Injunction In the described case to stay the execution of the Eviction order as it will do Irrepable harm to Me My Family, and to society. I have had a sucessful Resection Operation last december and am try to get Back in health to serve my country and community as a Commercial Diver

(Page 2)

III. Statement of Claim
part C

to retain him fully to persue a trial as the P.D. claim was false and initiated by 3rd parties. Again I have several documents showing and proving that police Reports were falsely made as I was able to get the first report of the complaint. It was then changed several times afterwards to insure a conviction. Also I have Jude Melaine Wilk Thunberg of Superior court as a witness. and Atty Chris Millea that In another false criminal matter, The original police officer did not Alter The criminal report, However when his Sgt. took the stand, AND Plead the fifth Amendment After I Produced 3 different versions of The police Report Generated by the South Kingtown Police that

V. Relief (Page 3)

and Subcontrator for the government & several states and local municipalities. In just the past several years I have had

1) Lyme Disease (which I lost my vision for 10 Days
2) Broken Ankle
3) Broken Leg
4) Diverticulitus (14 yrs)
5) Asending Aortic Aneurysm (4 yrs Ago)
6) Broken (2) wrists, C-2 in neck, and sternum (3 yrs Ago)
7) Broken Elbow 3 yrs ago
8) Several TBI  tramatic Brain Ingury
9) Hemochromatosis  Past 20 yrs
10) Blood clot in my lung (most Recent 3 mths ago

Thank you! For taking the time To Be Heard on this matter.

# 48 Hour Notice

The Rhode Island District Court has issued execution for eviction

\# YCA - 2023 - 00326

For the address

202 Brand St South Kingstown

If you do not vacate the premises within __48__ hours of the posting of this Notice,

Date __10/26/23__  time __12⁸⁵ PM__

Eviction will proceed without further notice.

Constable Kenneth K. Norigian #6090

401-497-1511

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-27-23

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Russell C. Koza Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____